# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50149

_____

United States Court of Appeals
Fifth Circuit

**FILED**

March 2, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STATE OF TEXAS; GREG ABBOTT, *in his official capacity as Governor of Texas*; TEXAS DEPARTMENT OF PUBLIC SAFETY; STEVEN C. MCCRAW, *in his official capacity as Director of Texas Department of Public Safety*,

*Defendants—Appellants*,

_____

LAS AMERICAS IMMIGRANT ADVOCACY CENTER; AMERICAN GATEWAYS; COUNTY OF EL PASO, TEXAS,

*Plaintiffs—Appellees*,

*versus*

STEVEN C. MCCRAW, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-8
USDC No. 1:23-CV-1537

_____

UNPUBLISHED ORDER

Before CLEMENT, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

IT IS ORDERED that a temporary administrative stay is GRANTED. The Appellees' request to stay the temporary administrative stay for seven days following the date hereof pending an application to the Supreme Court of the United States is GRANTED.

IT IS FURTHER ORDERED that this appeal is EXPEDITED to the next available Oral Argument Calendar.

IT IS FURTHER ORDERED that Appellants' opposed motion for a stay pending appeal is deferred to the oral argument merits panel that receives this case.

---

[*] JUDGE RAMIREZ would not grant a temporary administrative stay and would defer the question to the oral argument merits panel that receives this case.